IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA J. ROBBINS a/k/a SANDRA ROBBINS HENDERSON,<br><br>Plaintiff,<br>v.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; U.S. BANK TRUST NATIONAL ASSOCIATION; 1900 CAPITAL TRUST II; BAYVIEW LOAN SERVICING LLC; and DIAZ ANSELMO & ASSOCIATES, LLC,<br><br>Defendants. | Case No. 21-cv-3755<br><br>Hon. Sara L. Ellis |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

NOW COMES Plaintiff, by and through undersigned counsel, and submits this unopposed motion for extension of time to file Plaintiff's response to the motions to dismiss Defendant Bayview Loan Servicing, LLC ("Bayview") and Defendants NewRez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint:), U.S. Bank National Association ("US Bank"), and 1900 Capital Trust II ("Capital Trust"), and respectfully states as follows in support:

1. There are currently pending two motions to dismiss: one by Bayview, and another by Shellpoint, US Bank, and Capital Trust, collectively.

2. On November 16, 2021, this Court entered a briefing schedule on the motions, setting Plaintiff's response deadline for December 14, 2021, and Defendants' reply deadline for January 4, 2022. [Docket No. 30].

1

3. Plaintiff's counsel, Daniel Brown, had a household emergency that forced him and his family to temporarily vacate their home on December 13, 2021. The resulting disruption has left Plaintiff's counsel unable to complete Plaintiff's response to the motions to dismiss by the December 14, 2021 deadline

4. Plaintiff thus requests three additional days to file Plaintiff's response brief, moving the filing deadline from December 14, 2021, to December 17, 2021. Plaintiff also requests that Defendants' reply deadline be extended by three days, moving Defendants' reply deadline from January 4, 2022, to January 7, 2022.

5. Prior to filing this motion, Plaintiff's counsel contacted Defendants' counsel to see if Defendants opposed this motion. Defendants' counsel confirmed that none of the Defendants oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the briefing schedule on Defendants' motions to dismiss as follows: Plaintiff's responses due December 17, 2021; and Defendants' replies due January 7, 2022,

Respectfully submitted,

/s/ *Daniel Brown*
Daniel Brown (ARDC # 6299184)
Main Street Attorney, LLC
PO Box 247
Chicago, IL 60690
(773) 453-7410
daniel@mainstreetattorney.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Daniel Brown, an attorney, hereby certify that on December 13, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Daniel Brown*
Daniel Brown