IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA J. ROBBINS a/k/a SANDRA ROBBINS HENDERSON,<br><br>      Plaintiff,<br>v.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; U.S. BANK TRUST NATIONAL ASSOCIATION; 1900 CAPITAL TRUST II; BAYVIEW LOAN SERVICING LLC; and DIAZ ANSELMO & ASSOCIATES, LLC,<br><br>      Defendants. | Case No. 21-cv-3755<br><br>Hon. Sara L. Ellis |

## MOTION TO WITHDRAW

NOW COMES Daniel Brown, an attorney for Plaintiff, bringing this motion to withdraw as counsel for Plaintiff, and in support of his Motion states as follows:

1. Effective January 3, 2022, Daniel Brown's law firm, Main Street Attorney, LLC, has merged with Great Lakes Consumer Law Firm, LLC, with Great Lakes Consumer Law Firm, LLC as the surviving entity.

2. Also effective January 3, 2022, Daniel Brown is no longer an attorney with Great Lakes Consumer Law Firm, LLC.

3. Seth McCormick of Great Lakes Consumer Law Firm, LLC remains as counsel for Plaintiff.

4. No harm or prejudice will come to Plaintiff by allowing Daniel Brown to withdraw from representing Plaintiff in this matter.

1

WHEREFORE, Daniel Brown respectfully requests this Honorable Court enter an order authorizing Daniel Brown to withdraw as counsel for Plaintiff, and for such other and further relief as this Court deems just and proper.

                                                Respectfully submitted,

                                                */s/ Daniel Brown*
                                                Daniel Brown (ARDC # 6299184)
                                                PO Box 247
                                                Chicago, IL 60690
                                                (773) 453-7410
                                                daniel@mainstreetattorney.com

## CERTIFICATE OF SERVICE

I, Daniel Brown, an attorney, hereby certify that on January 3, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                */s/ Daniel Brown*
                                                Daniel Brown